DUNG XUONG LAM, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney
General, Respondent.

No. 06–72442.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 30, 2009.

Marc Van Der Hout, Van Der Hout,
Brigagliano & Nightingale, LLP, San
Francisco, CA, for Petitioner.

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

Richard M. Evans, Esquire, Assistant
Director, Marion Guyton, Esquire, Trial,
Allen Warren Hausman, Esquire, Senior
Litigation Counsel, OIL, U.S. Department
of Justice, Washington, DC, Ronald E. Le-
Fevre, Office of the District Counsel, De-
partment of Homeland Security, San Fran-
cisco, CA, for Respondent.

Before: GOODWIN, WALLACE, and
FISHER, Circuit Judges.

## MEMORANDUM **

Dung Xuong Lam, a native and citizen
of Vietnam, petitions for review of the
Board of Immigration Appeals' order dis-
missing her appeal from an immigration
judge's ("IJ") order denying her motion to
reopen based on ineffective assistance of
counsel. We have jurisdiction pursuant to
8 U.S.C. § 1252. We review for abuse of
discretion the denial of a motion to reopen,
*Iturribarria v. INS*, 321 F.3d 889, 894 (9th
Cir.2003), and we deny the petition for
review.

The agency did not abuse its discretion
in denying Lam's motion to reopen as un-
timely because Lam filed the motion more
than six years after the IJ's April 15, 1999,
removal order became final, *see* 8 C.F.R.
§ 1003.23(b), and Lam failed to establish
the due diligence required to warrant toll-
ing of the motions deadline, *see Iturribar-
ria*, 321 F.3d at 897 (equitable tolling is
available to a petitioner who is prevented
from filing due to deception, fraud or er-

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

ror, and exercises due diligence in discovering such circumstances); *cf. Ghahremani v. Gonzales,* 498 F.3d 993, 1000 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**